IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NORRIS EDWARDS SMITH                                                            PLAINTIFF

VS.                                                         CIVIL ACTION NO. 1:05cv658-RHW

ALLSTATE INDEMNITY COMPANY
and JOHN DOES 1-3                                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion signed and entered this date, it is

**ORDERED** that the motion for summary judgment filed by Allstate Indemnity Company [24] is granted, and final judgment is hereby entered in favor of the defendant Allstate Indemnity Company, and this case is dismissed with prejudice.

**SO ORDERED**, this the 17th day of October, 2006.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE